```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 00904
   JOHN SOTO
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5439

----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
   The case was filed on 01/19/2007 and was confirmed 04/11/2007.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

   The case was completed - no discharge 02/08/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00           .00           .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE        .00           .00           .00
PIERCE & ASSOCIATES      NOTICE ONLY    NOT FILED          .00           .00
AMERICAN FAMILY INSURANC NOTICE ONLY    NOT FILED          .00           .00
CREDIT COLLECTION SERVIC UNSECURED      NOT FILED          .00           .00
CREDIT COLLECTION SERVIC UNSECURED      NOT FILED          .00           .00
CRED PROTECTION ASSOCIAT UNSECURED      NOT FILED          .00           .00
DIRECTV                  UNSECURED      NOT FILED          .00           .00
DRIVE FINANCIAL SERVICES UNSECURED      NOT FILED          .00           .00
GOLDMAN & GRANT          UNSECURED      NOT FILED          .00           .00
HARRIS                   UNSECURED      NOT FILED          .00           .00
NICOR GAS                UNSECURED          681.52         .00         681.52
UNIQUE INSURANCE/ASO A S UNSECURED      NOT FILED          .00           .00
UNITED COLLECTIONS       UNSECURED      NOT FILED          .00           .00
LEGAL HELPERS PC         DEBTOR ATTY      2,100.00                   2,100.00
TOM VAUGHN               TRUSTEE                                       188.45
DEBTOR REFUND            REFUND                                        510.03

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                      3,480.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                         681.52
ADMINISTRATIVE                                  2,100.00
TRUSTEE COMPENSATION                              188.45
DEBTOR REFUND                                     510.03
                         ---------------       ---------------
TOTALS                        3,480.00          3,480.00

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00904 JOHN SOTO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```